UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| MARK ROSENBLUM, | : |
| Plaintiff, | : Index No.: 13 CV 2219 |
| -against- | : **RULE 7.1 STATEMENT** |
| THOMSON REUTERS (MARKETS) LLC, | : |
| Defendant. | : |

- - - - - - - - - - - - - - - - - - - - - - - - X

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel hereby discloses that the defendant, Thomson Reuters (Markets) LLC, is an indirect, wholly-owned subsidiary of Thomson Reuters Corporation, shares of which are publicly traded.

Dated:   New York, New York
           June 4, 2013

SATTERLEE STEPHENS BURKE & BURKE LLP

By: _____/s/_____
      James F. Rittinger
      Justin E. Klein
230 Park Avenue, Suite 1130
New York, NY  10169
(212) 818-9200

*Attorneys for Defendant,*
*Thomson Reuters (Markets) LLC*

1690262_1