UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK ROSENBLUM,<br><br>        Plaintiff,<br><br>    -against-<br><br>THOMSON REUTERS (MARKETS) LLC,<br><br>        Defendant. | No. 13 Civ. 2219 (SAS)<br><br>ECF Filed<br><br>**NOTICE OF MOTION** |

      PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law and the pleadings and prior proceedings herein, defendant Thomson Reuters (Markets) LLC ("Thomson"), through its undersigned counsel, shall move this Court, at the Daniel P. Moynihan United States Courthouse, 500 Pearl Street, New York, New York, at such date and time as the Court may direct, to dismiss the amended complaint in this action for failure to state a claim upon which relief may be granted, pursuant to Fed. R. Civ. P. 12(b)(6), and for such other and further relief as the Court may deem appropriate.

      PLEASE TAKE FURTHER NOTICE that, pursuant to the order of the Court, plaintiff shall file opposition papers by September 13, 2013, and defendant shall file any reply papers by September 23, 2013.

1748178_1

Dated: New York, NY
August 23, 2013

        SATTERLEE STEPHENS BURKE & BURKE LLP

        By: /s/ James F. Rittinger

        James F. Rittinger
        Glenn C. Edwards
        Justin Klein

        230 Park Avenue, Suite 1130
        New York, NY 10169
        (212) 818-9200
        (212) 818-9606(fax)

        *Attorneys for Defendant Thomson Reuters (Markets) LLC*

To:   James J. McEldrew, III
       Young Law Group, P.C.
       123 South Broad Street, Suite 1920
       Philadelphia, PA 19109

       *Attorneys for Plaintiff*