UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
MARK ROSENBLUM,                                 :

           Plaintiff,                        :        13- Civ. 2219 (SAS)(AJP)

     -against-                               :        **ORDER OF DISMISSAL ON CONSENT**

                                :
THOMSON REUTERS LLC,
                                :

           Defendant.                       :
------------------------------------x

**ANDREW J. PECK, United States Magistrate Judge:**

        The parties having informed the Court that they have reached a settlement agreement in principle and are finalizing settlement documents (<u>see</u> attached letter), IT IS HEREBY ORDERED THAT this action is dismissed with prejudice and without costs, provided, however, that any party may reinstate the action within 15 days hereof if the settlement is not fully effectuated. Any pending motions are to be terminated as moot. The May 12, 2014 settlement conference is cancelled.

        SO ORDERED.

DATED:     New York, New York
                May 12, 2014

                                                  _____
                                                  Andrew J. Peck
                                                  United States Magistrate Judge

Copies **by ECF** to:    All Counsel
                               Judge Scheindlin

# STONE ⚡ MAGNANINI
## LLP

COMPLEX COMMERCIAL LITIGATION

**NEW JERSEY OFFICES**   150 JFK Parkway, Short Hills, NJ 07078   P 973.218.1111   F 973.218.1106

May 12, 2014

**Via Facsimile**

Honorable Andrew J. Peck
United States Magistrate Judge
United States District for the
Southern District of New York
500 Pearl St., Courtroom: 20D
New York, NY 10007-1312

      Re:     Rosenblum v. Thomson Reuters (Markets) LLC
             Case No.:    13-cv-02219

Dear Judge Peck:

     I write on behalf of the parties to advise your Honor that the parties have reached a settlement in principal to resolve this matter and are in the process of drafting and circulating final written agreements. Accordingly, we would respectfully suggest that today's mediation is unnecessary. We hope to be in a position to file a Stipulation of Dismissal in the matter by the end of the week.

     We thank the Court for its assistance in bringing this matter to a successful conclusion. Please do not hesitate to contact us with any questions.

                               Respectfully submitted,

                               David S. Stone

cc:    James Rittinger, Esq. (via email)
       Justin Klein, Esq. (via email)
       Charles Keeley, Esq. (via email)

*[Received stamp: MAY 12 2014, CHAMBERS OF ANDREW J. PECK]*

# STONE M MAGNANINI
LLP

COMPLEX COMMERCIAL LITIGATION

## FACSIMILE COVER SHEET
## PRIVILEGED AND CONFIDENTIAL

**TO:** Honorable Andrew J. Peck
United States Magistrate Judge

**FAX NO:** 212-805-7933

**FROM:** David S. Stone, Esq.

**DATE:** May 12, 2014

**Total Number of Pages:** 2
*(Including this cover sheet)*

**SUBJECT:** Rosenblum v. Thomson Reuters (Markets) LLC

Case No.: 13-cv-02219

### IF YOU DO NOT RECEIVE ALL THE PAGES INDICATED ABOVE, PLEASE CONTACT US AS SOON AS POSSIBLE AT (973) 218-1111.

**MESSAGE:**

Please see attached correspondence.

150 JFK Parkway, 4th Floor, Short Hills, NJ 07078
Telephone: 973-218-1111  Fax: 973-218-1106